**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TANK BROS, LLC,** | : | **Removed from the** |
| | : | **Lackawanna County** |
| **Plaintiffs,** | : | **Court of Common Pleas** |
| | : | **Civil Action No.: 26-CV-5** |
| **vs.** | : | |
| | : | **CIVIL ACTION – LAW** |
| **ACUANTIA INC., individually and** | : | **JURY TRIAL DEMANDED** |
| **t/d/b/a THE TANK DEPOT and/or** | : | |
| **TANK DEPOT, and GRUPO** | : | **JUDGE MANNION** |
| **ROTOPLAS, S.A.B. DE C.V.,** | : | |
| **individually and t/d/b/a THE TANK** | : | **NO.: 3:26-cv-00922** |
| **DEPOT and/or TANK DEPOT,** | : | |
| | : | **(ELECTRONICALLY FILED)** |
| **Defendants.** | : | |
| | : | |

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF**
**LAW IN OPPOSITION TO DEFENDANT, ACUANTIA, INC.'S MOTION**
**TO DISMISS PLAINTIFF'S COMPLAINT**

AND NOW, comes Plaintiff, Tank Bros, LLC, (hereinafter referred to as "Plaintiff"), by and through its attorneys, Comitz Law Firm, LLC, and hereby files this Motion For Extension of Time to File Memorandum of Law in Opposition to Defendant, Acuantia, Inc.'s Motion to Dismiss Plaintiff's Complaint in the above-captioned case, and in support thereof, avers as follows:

1.     On April 17, 2026, Defendant, Acuantia, Inc., (hereinafter referred to as "Moving Defendant"), by and through its counsel, filed a Motion to Dismiss Plaintiff's Complaint.

1

2.      Thereafter, on May 1, 2026, Moving Defendant filed its Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint.

3.      Plaintiff's Memorandum of Law in Opposition to Moving Defendants' Motion to Dismiss is due on or before May 15, 2026.

4.      Plaintiff respectfully requests a brief extension of time, up to and including May 29, 2026, within which to file its Memorandum of Law in Opposition to Moving Defendant's Motion to Dismiss.

5.      The requested extension is sought in good faith and not for purposes of delay.

6.      Counsel for Plaintiff is presently addressing multiple litigation deadlines and upcoming trial-related obligations, including preparation for a Bench trial currently scheduled later this month.

7.      Counsel for Moving Defendant has been contacted regarding the requested extension and concurs with the relief requested herein.

8.      Defendant, Grupo Rotoplas, S.A.B. DE C.V., individually and t/d/b/a The Tank Depot and/or Tank Depot, located in Mexico, has not yet been served in this matter and, therefore, no position has been obtained from said Defendant concerning the within Motion.

9.      No prior request for an extension of this particular deadline has been made before this Honorable Court.

2

10.    Plaintiff submits that the requested extension will not prejudice any party and will permit Plaintiff sufficient opportunity to prepare a complete and meaningful response to the pending Motion to Dismiss.

WHEREFORE, Plaintiff, Tank Bros, LLC, respectfully requests that this Honorable Court enter an Order extending the deadline for Plaintiff to file its Memorandum of Law in Opposition to Defendant, Acuantia, Inc.'s Motion to Dismiss Plaintiff's Complaint up to and including May 29, 2026, together with such other relief as this Court deems just and proper.

Respectfully submitted.

COMITZ LAW FIRM, LLC

DATE: May 12, 2026          BY:    /s/ JONATHAN S. COMITZ
                                   JONATHAN S. COMITZ, ESQ.
                                   I.D. NO.: 90914
                                   82 South Washington Street
                                   Wilkes-Barre, PA 18701
                                   (570) 829-1111
                                   (570) 829-1112 (Fax)
                                   jcomitz@comitzlaw.com

## CERTIFICATE OF SERVICE

I, Jonathan S. Comitz, Esq., counsel for Plaintiff, Tank Bros, LLC, hereby certify that on this 12th day of May, 2026, a true and correct copy of the foregoing Motion for Extension of Time to File Memorandum of Law in Opposition to Defendant, Acuantia, Inc.'s Motion to Dismiss Plaintiff's Complaint was served upon all counsel of record via the Court's CM/ECF system.

Respectfully submitted.

COMITZ LAW FIRM, LLC

DATE: May 12, 2026        BY:   */s/ JONATHAN S. COMITZ*
JONATHAN S. COMITZ, ESQ.
I.D. NO.: 90914
82 South Washington Street
Wilkes-Barre, PA 18701
(570) 829-1111
(570) 829-1112 (Fax)
jcomitz@comitzlaw.com

4

## <u>CERTIFICATE OF CONCURRENCE</u>

Pursuant to Local Rule 7.1 of the United States District Court for the Middle District of Pennsylvania, undersigned counsel hereby certifies that counsel for Defendant, Acuantia, Inc., **concurs** in the relief requested in the foregoing Motion for Extension of Time to File Memorandum of Law in Opposition to Defendant, Acuantia, Inc.'s Motion to Dismiss Plaintiff's Complaint.

Defendant, Grupo Rotoplas, has not yet been served in this matter and, therefore, no concurrence was sought from said Defendant.

Respectfully submitted.

COMITZ LAW FIRM, LLC

DATE: <u>May 12, 2026</u>          BY:   */s/ JONATHAN S. COMITZ*
                                        JONATHAN S. COMITZ, ESQ.
                                        I.D. NO.: 90914
                                        82 South Washington Street
                                        Wilkes-Barre, PA 18701
                                         (570) 829-1111
                                         (570) 829-1112 (Fax)
                                        jcomitz@comitzlaw.com