**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TANK BROS, LLC,** | : | **Removed from the** |
| | : | **Lackawanna County** |
| **Plaintiffs,** | : | **Court of Common Pleas** |
| | : | **Civil Action No.: 26-CV-5** |
| **vs.** | : | |
| | : | **CIVIL ACTION – LAW** |
| **ACUANTIA INC., individually and** | : | **JURY TRIAL DEMANDED** |
| **t/d/b/a THE TANK DEPOT and/or** | : | |
| **TANK DEPOT, and GRUPO** | : | **JUDGE MANNION** |
| **ROTOPLAS, S.A.B. DE C.V.,** | : | |
| **individually and t/d/b/a THE TANK** | : | **NO.: 3:26-cv-00922** |
| **DEPOT and/or TANK DEPOT,** | : | |
| | : | **(ELECTRONICALLY FILED)** |
| **Defendants.** | : | |
| | : | |

**ORDER**

AND NOW, this ____ day of _____, 2026, upon consideration

of Plaintiff, Tank Bros, LLC's Motion for Extension of Time to File Memorandum

of Law in Opposition to Defendant, Acuantia, Inc.'s Motion to Dismiss Plaintiff's

Complaint, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff shall file its responsive Memorandum **on or before May 29, 2026**.

**BY THE COURT:**

_____
                                                            J.